UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT REYES,

               Plaintiff,

     v.

JO ANNE B. BARNHART, Commissioner of
Social Security Administration,

               Defendant.

CASE NO.    C06-5055RJB

ORDER

This matter comes before the Court on the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge.  Dkt. 18.  This Court having reviewed the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

    (1)     The Court **ADOPTS** the Report and Recommendation;

    (2)     The administrative decision is **AFFIRMED**; and

    (3)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 3rd day of January, 2007.

Robert J. Bryan
United States District Judge